IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL,<br>     Plaintiff,<br>v.<br>FOLSOM FACILITY,<br>     Defendant.<br>_____ / | No. C 15-5648 MEJ  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 complaining of conditions at California State Prison–Sacramento ("CSP-SAC").  CSP-SAC is located in Sacramento County within the venue of the Eastern District of California.  <u>See</u> 28 U.S.C. § 84(b).  No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District.  Venue therefore is proper in the Eastern District, and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

Accordingly, in the interests of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court is directed to transfer the case forthwith.  In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

IT IS SO ORDERED.

DATED:  December 14, 2015

Maria-Elena James
United States Magistrate Judge