UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL DOUGLAS RANDALL,<br><br>Plaintiff,<br><br>v.<br><br>NEW FOLSOM FACILITY ABC,<br><br>Defendant. | No. 2:15-cv-2599 CKD P<br><br><br><br>ORDER |

On January 28, 2016, plaintiff's complaint was dismissed for failure to state a claim, and he was granted thirty days to file an amended complaint. (ECF No. 11.) The thirty days has passed, and plaintiff has not filed an amended complaint. Plaintiff has consented to magistrate judge jurisdiction to conduct all proceedings in this action. (ECF No. 10.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice for failure to state a claim upon which relief can be granted.

Dated: March 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / rand2599.fta